## Sam Chapman v. The State.

### No. 1337.  Decided November 1, 1911.

**Gaming—Indictment.**

It is no offense to bet and wager money at cards except under the conditions named in Article 379, Penal Code, and where the indictment failed to comply therewith, it was bad on motion to quash.

Appeal from the County Court of Gray.  Tried below before the Hon. R. E. Williams.

Appeal from a conviction of gaming; penalty, a fine of $10.

The indictment, leaving out formal averments, charged that the defendant did then and there unlawfully bet and wager money at a game played with cards, against the peace and dignity of the State.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—In this case the appellant was indicted for unlawfully betting and wagering money at a game played with cards. The indictment did not allege the place, or allege that it was a public place, or that it was a private residence occupied by a family commonly resorted to for gaming.

It is no offense to bet and wager money at cards, except under the conditions named in article 379 of the Penal Code, and the motion to quash the indictment should have been sustained.

This is a companion case to Chapman v. State, this day decided. The indictment being in the same form as the one therein copied, this case is reversed and dismissed for the reasons therein assigned.

*Dismissed.*